IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID A. BENTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CV473 |
| | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | |
| CHASE HOME FINANCE, and | ) | |
| CHASE HOME FINANCE LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on August 22, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss without prejudice (Doc. 29) is **GRANTED** without conditions.

**IT IS FURTHER ORDERED** that Defendants' Motion for Judgment on the Pleadings (Doc. 18) is **DENIED AS MOOT**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of September, 2012.

UNITED STATES DISTRICT JUDGE